476 A.2d 59

Commonwealth v. Fuller, Appellant.

 Submitted January 3, 1984. Patrick J. Flannery, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

548

Jurisdiction relinquished.